# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **TRAVIUS KENTRELL TUCKER,** *and all others similarly situated*, <br><br> **Plaintiff,** <br><br> vs. <br><br> **UNITED STATES OF AMERICA, DEPARTMENT OF JUSTICE AND STATE OF ILLINOIS,** <br><br> **Defendants.** | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 23-cv-03877-SMY |

## JUDGMENT IN A CIVIL CASE

This action came before the Court, District Judge Staci M. Yandle, and the following decision was reached:

**IT IS ORDERED** that Plaintiff shall recover nothing, and the action be **DISMISSED with prejudice** for failure to state a claim upon which relief may be granted, the parties to bear their own costs.

**DATED**: March 14, 2024

                                              MONICA A. STUMP, CLERK of COURT

                                              By:    *s/ Tanya Kelley*
                                                         Deputy Clerk

**APPROVED:**     *s/ Staci M. Yandle*
                         **STACI M. YANDLE**
                         **United States District Judge**